# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| LOMBARDI, ANTONINO | § | Case No. 09-32275 |
| LOMBARDI, ALEXANDRA | § § § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    .  The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 09-32275 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | | Date Filed (f) or Converted (c): | 08/31/09 (f) |
| | LOMBARDI, ALEXANDRA | | | 341(a) Meeting Date: | 10/15/09 |
| For Period Ending: | 01/31/12 | | | Claims Bar Date: | 01/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM 15705 S. SUNSET RDIGE CT. #2S ORLAN PA | 165,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. PERSONAL FUNDS | 100.00 | 100.00 | | 0.00 | FA |
| 3. CHECKING - BANK OF AMERICA | 100.00 | 100.00 | | 0.00 | FA |
| 4. SAVINGS - BANK OF AMERICA | 32.09 | 32.09 | | 0.00 | FA |
| 5. MISCELLANEOUS PERSONAL POSSESSIONS IN DEBTOR'S POS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. MISCELLANEOUS USED CLOTHING - FULLY DEPRECIATED  Debtor Claimed Exemption | 800.00 | 800.00 | | 0.00 | FA |
| 7. ENGAGEMENT RING | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 8. 457 DEFERRED COMPENSATION - ICMA-RC  Debtor Claimed Exemption | 60,864.34 | 60,864.34 | | 0.00 | FA |
| 9. 2008 CHEVROLET TRAILBLAZER LT | 17,525.00 | 17,525.00 | | 0.00 | 17,525.00 |
| 10. 1995 CHEVROLET BERRETTA - CAR TOTALLED IN COLLISIO | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 11. PI CLAIM (u) | 0.00 | Unknown | | 148,370.09 | Unknown |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 16.39 | Unknown |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                         Ver: 16.05c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 09-32275 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | Date Filed (f) or Converted (c): | 08/31/09 (f) |
| | LOMBARDI, ALEXANDRA | 341(a) Meeting Date: | 10/15/09 |
| | | Claims Bar Date: | 01/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $248,921.43 | $83,921.43 | | $148,386.48 | Gross Value of Remaining Assets $20,525.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-2 unscheduled PI cases; 1 claim still resolved 4-11

- Employed special counsel - settled both cases(2nd 6/10)

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8612  Money Market - Interest Bearing |
| Taxpayer ID No: | 35-6839862 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| * 04/13/10 | | Nationwide Insurance P.O. Box 182166 Columbus, OH 43218-2166 | Settlement | 77,972.39 | | | | | 77,972.39 |
| * 04/13/10 | | Nationwide Insurance P.O. Box 182166 Columbus, OH 43218-2166 | Settlement | -77,972.39 | | | | | 0.00 |
| 04/19/10 | 11 | NATIONWIDE INSURANCE LOMBARDI, ANTONINO | RECPTS FROM P. I. LITIGATION Memo Amount:      7,574.69 DEBTOR EXEMPTIONS | 77,972.39 | | | | | 77,972.39 |
| | 11 | NATIONWIDE INSURANCE | Memo Amount:     70,397.70 PI SETTLEMENT | | | | | | |
| 04/30/10 | 12 | Bank of America, N.A. | Interest Rate  0.050 | | 0.96 | | | | 77,973.35 |
| 05/28/10 | 12 | Bank of America, N.A. | Interest Rate  0.050 | | 3.31 | | | | 77,976.66 |
| 06/10/10 | | Transfer to Acct #*******8735 | TRANSFER TO WRITE CHECKS | | | | | -39,774.49 | 38,202.17 |
| 06/30/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 1.62 | | | | 38,203.79 |
| 07/30/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,204.76 |
| 08/31/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,205.73 |
| 09/30/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 0.94 | | | | 38,206.67 |
| 10/29/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,207.64 |
| 11/30/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 0.94 | | | | 38,208.58 |
| 12/31/10 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,209.55 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8612  Money Market - Interest Bearing |
| Taxpayer ID No: | 35-6839862 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 01/31/11 | 12 | Bank of America, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,210.52 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>Bond# 016026455 | | | 63.56 | | | 38,146.96 |
| 02/28/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.29 | | | | 38,147.25 |
| 03/31/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.32 | | | | 38,147.57 |
| 04/29/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.31 | | | | 38,147.88 |
| 05/31/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.32 | | | | 38,148.20 |
| 06/30/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.31 | | | | 38,148.51 |
| 07/29/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.32 | | | | 38,148.83 |
| 08/31/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.32 | | | | 38,149.15 |
| 09/30/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.31 | | | | 38,149.46 |
| 10/31/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.32 | | | | 38,149.78 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -48.60 | | 38,101.18 |
| 11/30/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.31 | | | | 38,101.49 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -46.97 | | 38,054.52 |
| 12/30/11 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.32 | | | | 38,054.84 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -46.92 | | 38,007.92 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8612  Money Market - Interest Bearing |
| Taxpayer ID No: | 35-6839862 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 01/31/12 | 12 | Bank of America, N.A. | Interest Rate  0.010 | | 0.32 | | | | 38,008.24 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -49.85 | | 37,958.39 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8735 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 35-6839862 | | | |
| For Period Ending: | 01/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/10/10 | | Transfer from Acct #*******8612 | TRANSFER TO WRITE CHECKS | | | | | 39,774.49 | 39,774.49 |
| 06/10/10 | 001001 | ALLEN W. MCDOWELL<br>MCDOWELL & DREW, LTD.<br>1000 INDIAN ROAD<br>GLENVIEW, IL 60025 | SPECIAL COUNSEL FEES & COSTS<br>PER 6/8/10 O/C | | | 26,758.80 | | | 13,015.69 |
| 06/10/10 | 001002 | CHICAGO TRANSIT AUTHORITY | PMT OF LIEN  PER 6/8/10 O/C | | | 5,441.00 | | | 7,574.69 |
| 06/10/10 | 001003 | ANTONINO LOMBARDI<br>15705 S SUNSET RIDGE CT #2S<br>ORLAND PARK, IL  60462 | PMT OF ANTONINO EXEMPTION<br>PER 6/8/10 O/C | | | 7,574.69 | | | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM2X

Ver: 16.05c

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 17, 2012 |
|---|---|---|---|---|---|---|

Case Number: 09-32275  
Debtor Name: LOMBARDI, ANTONINO

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative<br>BOND PAYMENTS<br>Bond# 016026455 | | $63.56 | $63.56 | $0.00 |
| | | | 4429208612    02/10/11    101 | | 63.56 | |
| 001 3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $11,819.00 | $0.00 | $11,819.00 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $122.91 | $0.00 | $122.91 |
| | Subtotal For Claim 3120-00 | | | $12,005.47 | $63.56 | $11,941.91 |
| | Case Totals: | | | $12,005.47 | $63.56 | $11,941.91 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-32275
Case Name: LOMBARDI, ANTONINO
            LOMBARDI, ALEXANDRA
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ _____

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____
Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |
| 000005 | PRA Receivables Management, LLC | $ | $ | $ |
| 000006 | HSBC Bank Nevada, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE