UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
LOMBARDI, ANTONINO § Case No. 09-32275
LOMBARDI, ALEXANDRA §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/12/2012 in Courtroom 682,
> United States Courthouse
> 219 South Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/12/2012           By: /s/ Andrew J. Maxwell
                                          Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
LOMBARDI, ANTONINO § Case No. 09-32275
LOMBARDI, ALEXANDRA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 70,414.39 |
| and approved disbursements of | $ | 32,455.70 |
| leaving a balance on hand of[1] | $ | 37,958.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 6,770.72 | $ 0.00 | $ 6,770.72 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 11,819.00 | $ 0.00 | $ 11,819.00 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 122.91 | $ 0.00 | $ 122.91 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 63.56 | $ 63.56 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,712.63 |
| Remaining Balance | $ | 19,246.06 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,505.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD LLC its successors and assigns as assignee of | $ 11,436.76 | $ 0.00 | $ 3,521.48 |
| 000002 | Chase Bank USA, N.A. | $ 1,295.16 | $ 0.00 | $ 398.79 |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 16,150.37 | $ 0.00 | $ 4,972.84 |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 27,185.29 | $ 0.00 | $ 8,370.59 |
| 000005 | PRA Receivables Management, LLC | $ 6,221.82 | $ 0.00 | $ 1,915.76 |
| 000006 | HSBC Bank Nevada, N.A. | $ 216.29 | $ 0.00 | $ 66.60 |

Total to be paid to timely general unsecured creditors    $    19,246.06

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                        Case No. 09-32275-JBS
Antonino Lombardi                                             Chapter 7
Alexandra Lombardi
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley              Page 1 of 3           Date Rcvd: Mar 12, 2012
                              Form ID: pdf006            Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2012.
```
db/jdb       +Antonino Lombardi,    Alexandra Lombardi,    15705 S Sunset Ridge Ct #2S,
              Orland Park, IL 60462-3638
14392232      Bank of America,    PO Box 15027,    Wilmington, DE 19850-5027
14392230      Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
14392233      Carson Pirie Scott,    PO Box 17264,    Baltimore, MD 21297-1264
14697347      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14392234      Chase Health Advance,    PO Box 4758,    Carol Stream, IL 60197-4758
14392235      Circuit City/Chase,    PO Box 15325,    Wilmington, DE 19886-5325
14392236      Citibank,    PO Box 469100,    Escondido, CA 92046-9100
14392237      Countrywide Home Loans,    PO Box 650070,    Dallas, TX 75265-0070
14392238     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
14392240      GM Card,    PO Box 37281,    Baltimore, MD 21297-3281
14392241      GM Cardmember Services,    PO Box 80082,    Salinas, CA 93912-0082
14984659     +HSBC Bank Nevada, N.A.,    (Bon Ton),    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14392243     +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
14902832     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Gm,   POB 41067,
              NORFOLK VA 23541-1067
14392244    #+Park Management & Realty Inc,    Sunset Ridge Condominium Assn,    7030 Centennial Dr,
              Tinley Park, IL 60477-1649
14392245      Sears,    PO Box 183082,    Columbus, OH 43218-3082
14392246      US Bank,    PO Box 79019,    St. Louis, MO 63179-0179
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14843359       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2012 04:19:22
              FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
              Oklahoma City, OK  73124-8809
14392242       E-mail/Text: ebnsterling@weltman.com Mar 13 2012 03:46:04     Kay Jewelers,   PO Box 740425,
              Cincinnati, OH 45274-0425
14685053      +E-mail/Text: resurgentbknotifications@resurgent.com Mar 13 2012 03:45:30
              PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14392231     ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
14392239    ##+GC Services Ltd.,    PO Box 663,    Elgin, IL 60121-0663
                                                                                        TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: mhenley              Page 2 of 3          Date Rcvd: Mar 12, 2012
                              Form ID: pdf006            Total Noticed: 21

                   ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2012**                         **Signature:**         *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3             Date Rcvd: Mar 12, 2012
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2012 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwe
           llandpotts.com;maseay@maxwellandpotts.com
          Andrew J Maxwell    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
          Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Joseph Wrobel    on behalf of Debtor Antonino Lombardi josephwrobel@chicagobankruptcy.com,
           j.bergner@chicagobankruptcy.com,;j.wrobel.ltd@chicagobankruptcy.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni Dillon    on behalf of Creditor BAC Home Loans Servicing, L.P. fka Countrywide Home Loans
           Servicing, L.P. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com
                                                                                                                                              TOTAL: 6