# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
LOMBARDI, ANTONINO § Case No. 09-32275
LOMBARDI, ALEXANDRA §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4)  This case was originally filed under chapter   on                .  The case was pending for    months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANTONINO LOMBARDI |  |  |  |
| ANTONINO LOMBARDI |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Countrywide Home Loans PO Box 650070 Dallas, TX 75265-0070 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 2 Kay Jewelers PO Box 740425 Cincinnati, OH 45274-0425 | | | | | |
| | Creditor #: 3 Park Management & Realty Inc Sunset Ridge Condominium Assn 7030 Centennial Dr Tinley Park, IL 60477 | | | | | |
| | Creditor #: 4 US Bank PO Box 79019 St. Louis, MO 63179-0179 | | | | | |
| | CHICAGO TRANSIT AUTHORITY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| ALLEN W. MCDOWELL | | | | | |
| ALLEN W. MCDOWELL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | | | | |
| | Creditor #: 2 Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | | | | |
| | Creditor #: 3 Carson Pirie Scott PO Box 17264 Baltimore, MD 21297-1264 | | | | | |
| | Creditor #: 4 Chase Health Advance PO Box 4758 Carol Stream, IL 60197-4758 | | | | | |
| | Creditor #: 5 Circuit City/Chase PO Box 15325 Wilmington, DE 19886-5325 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 6 GM Card PO Box 37281 Baltimore, MD 21297-3281 | | | | | |
| | Creditor #: 7 Sears PO Box 183082 Columbus, OH 43218-3082 | | | | | |
| | Representing: Bank of America | | | | | |
| | Representing: Bank of America | | | | | |
| | Representing: GM Card | | | | | |
| | Representing: GM Card | | | | | |
| | Representing: Sears | | | | | |
| | Representing: Sears | | | | | |
| | Representing: Sears | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | HSBC BANK NEVADA, N.A. | | | | | |
| 000005 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000001 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-32275 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | | Date Filed (f) or Converted (c): | 08/31/09 (f) |
| | LOMBARDI, ALEXANDRA | | | 341(a) Meeting Date: | 10/15/09 |
| For Period Ending: | 06/15/12 | | | Claims Bar Date: | 01/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDOMINIUM 15705 S. SUNSET RDIGE CT. #2S ORLAN PA | 165,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. PERSONAL FUNDS | 100.00 | 100.00 | | 0.00 | FA |
| 3. CHECKING - BANK OF AMERICA | 100.00 | 100.00 | | 0.00 | FA |
| 4. SAVINGS - BANK OF AMERICA | 32.09 | 32.09 | | 0.00 | FA |
| 5. MISCELLANEOUS PERSONAL POSSESSIONS IN DEBTOR'S POS | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6. MISCELLANEOUS USED CLOTHING - FULLY DEPRECIATED | 800.00 | 800.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. ENGAGEMENT RING | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 8. 457 DEFERRED COMPENSATION - ICMA-RC | 60,864.34 | 60,864.34 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 2008 CHEVROLET TRAILBLAZER LT | 17,525.00 | 17,525.00 | | 0.00 | 17,525.00 |
| 10. 1995 CHEVROLET BERRETTA - CAR TOTALLED IN COLLISIO | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 11. PI CLAIM (u) | 0.00 | Unknown | | 148,370.09 | Unknown |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.06 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $248,921.43      $83,921.43      $148,387.15      $20,525.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-2 unscheduled PI cases; 1 claim still resolved 4-11

- Employed special counsel - settled both cases(2nd 6/10)

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/12

LFORM1                                                                                                                                               Ver: 16.06b
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8612 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 04/13/10 | | Nationwide Insurance P.O. Box 182166 Columbus, OH 43218-2166 | Settlement | 1142-003 | 77,972.39 | | 77,972.39 |
| * 04/13/10 | | Nationwide Insurance P.O. Box 182166 Columbus, OH 43218-2166 | Settlement | 1142-003 | -77,972.39 | | 0.00 |
| 04/19/10 | 11 | NATIONWIDE INSURANCE LOMBARDI, ANTONINO | RECPTS FROM P. I. LITIGATION  Memo Amount:  7,574.69 DEBTOR EXEMPTIONS | 8100-000 | 77,972.39 | | 77,972.39 |
| | 11 | NATIONWIDE INSURANCE | Memo Amount: 70,397.70 PI SETTLEMENT | 1142-000 | | | |
| 04/30/10 | 12 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 0.96 | | 77,973.35 |
| 05/28/10 | 12 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 3.31 | | 77,976.66 |
| 06/10/10 | | Transfer to Acct #*******8735 | TRANSFER TO WRITE CHECKS | 9999-000 | | 39,774.49 | 38,202.17 |
| 06/30/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.62 | | 38,203.79 |
| 07/30/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,204.76 |
| 08/31/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,205.73 |
| 09/30/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 38,206.67 |

Page Subtotals    77,981.16    39,774.49

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page: 2

FORM 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8612 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,207.64 |
| 11/30/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.94 | | 38,208.58 |
| 12/31/10 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,209.55 |
| 01/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.97 | | 38,210.52 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>Bond# 016026455 | 2300-000 | | 63.56 | 38,146.96 |
| 02/28/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 38,147.25 |
| 03/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,147.57 |
| 04/29/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 38,147.88 |
| 05/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,148.20 |
| 06/30/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 38,148.51 |
| 07/29/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,148.83 |
| 08/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,149.15 |
| 09/30/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 38,149.46 |

Page Subtotals    6.35    63.56

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8612 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,149.78 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 48.60 | 38,101.18 |
| 11/30/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 38,101.49 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.97 | 38,054.52 |
| 12/30/11 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,054.84 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 46.92 | 38,007.92 |
| 01/31/12 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 38,008.24 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 49.85 | 37,958.39 |
| 02/29/12 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 37,958.69 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 31.71 | 37,926.98 |
| 03/30/12 | 12 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 37,927.30 |
| 04/06/12 | 12 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 37,927.35 |
| 04/06/12 | | Transfer to Acct #*******8735 | Final Posting Transfer | 9999-000 | | 37,927.35 | 0.00 |

Page Subtotals  1.94  38,151.40

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-32275 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | Account Number / CD #: | *******8612  Money Market - Interest Bearing |
| Taxpayer ID No: | *******9862 | | |
| For Period Ending: | 06/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 77,972.39 | COLUMN TOTALS | 77,989.45 | 77,989.45 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 77,701.84 | |
| | | Subtotal | 77,989.45 | 287.61 | |
| Memo Allocation Net: | 77,972.39 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 77,989.45 | 287.61 | |

Page Subtotals                 0.00                 0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8735 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/10 | | Transfer from Acct #*******8612 | TRANSFER TO WRITE CHECKS | 9999-000 | 39,774.49 | | 39,774.49 |
| 06/10/10 | 001001 | ALLEN W. MCDOWELL<br>MCDOWELL & DREW, LTD.<br>1000 INDIAN ROAD<br>GLENVIEW, IL 60025<br><br>Fees 25,990.80<br>Expenses 768.00 | SPECIAL COUNSEL FEES & COSTS<br>PER 6/8/10 O/C<br><br><br><br> | <br><br><br><br><br>3210-000<br>3220-000 | | 26,758.80 | 13,015.69 |
| 06/10/10 | 001002 | CHICAGO TRANSIT AUTHORITY | PMT OF LIEN PER 6/8/10 O/C | 4220-002 | | 5,441.00 | 7,574.69 |
| 06/10/10 | 001003 | ANTONINO LOMBARDI<br>15705 S SUNSET RIDGE CT #2S<br>ORLAND PARK, IL 60462 | PMT OF ANTONINO EXEMPTION<br>PER 6/8/10 O/C | 8100-002 | | 7,574.69 | 0.00 |
| 04/06/12 | | Transfer from Acct #*******8612 | Transfer In From MMA Account | 9999-000 | 37,927.35 | | 37,927.35 |
| 04/26/12 | 001004 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | Trustee fees | 2100-000 | | 6,770.74 | 31,156.61 |
| 04/26/12 | 001005 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 11,819.00 | 19,337.61 |

Page Subtotals 77,701.84 58,364.23

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-32275 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | | Account Number / CD #: | *******8735 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | | |
| For Period Ending: | 06/15/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/26/12 | 001006 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3120-000 | | 122.91 | 19,214.70 |
| 04/26/12 | 001007 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | | 7100-000 | | 3,515.74 | 15,698.96 |
| 04/26/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | | 7100-000 | | 398.14 | 15,300.82 |
| 04/26/12 | 001009 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 4,964.74 | 10,336.08 |
| 04/26/12 | 001010 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 8,356.95 | 1,979.13 |
| 04/26/12 | 001011 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Gm<br>POB 41067<br>NORFOLK VA 23541 | | 7100-000 | | 1,912.64 | 66.49 |

Page Subtotals 0.00 19,271.12

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-32275 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LOMBARDI, ANTONINO | Bank Name: | Bank of America, N.A. |
| | LOMBARDI, ALEXANDRA | Account Number / CD #: | *******8735 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9862 | | |
| For Period Ending: | 06/15/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/26/12 | 001012 | HSBC Bank Nevada, N.A. (Bon Ton) Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | | 7100-000 | | 66.49 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 77,701.84 | 77,701.84 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 77,701.84 | 0.00 | |
| | | Subtotal | 0.00 | 77,701.84 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 7,574.69 | |
| | | Net | 0.00 | 70,127.15 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 77,972.39 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Money Market - Interest Bearing - *******8612 | 77,989.45 | 287.61 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******8735 | 0.00 | 70,127.15 | 0.00 |
| Total Memo Allocation Net: | 77,972.39 | | ---------------------- | ---------------------- | ---------------------- |
| | | | 77,989.45 | 70,414.76 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 66.49

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)